RECEIVED
JUN 22 2005
DISTRICT COURT
OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONETTE JEWELRY COMPANY
Plaintiff,

v. C.A. No. 2004-152-ML

WAL-MART STORES, INC.,
BLUMENTHAL LANSING COMPANY, LLC, and
QUEST BEADS & CAST, INC.,
Defendants.

**DISMISSAL STIPULATION**

The above-entitled action may be dismissed, with prejudice, no interest, no costs, no fees, to any party.

Plaintiff,
By Its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATE: 6/22/05

Defendants,
By Their Attorney,

Elliot A. Salter (#0094)
SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903
Tel. (401) 421-3141
FAX (401) 861-1953

DATE: 6/22/05

ENTER:

The Honorable Mary M. Lisi
United States District Judge

Date: 6/23/05